UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br><br>          Plaintiff,<br><br>     v.<br><br>NATALYN BERGMAN, et al.,<br><br>          Defendants. | No. 2:22-cv-1023 AC P<br><br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The complaint is accompanied by a letter requesting that the Clerk of the Court contact plaintiff's mother with the case number so that she can pay the filing fee on his behalf. ECF No. 3.

     The complaint alleges violations of plaintiff's civil rights by defendants. The alleged violations took place in Stanislaus County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See L.R. 120(d).

     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. With respect to plaintiff's request for the Clerk of the Court to call his mother for the filing fee, plaintiff is advised that it is his responsibility to coordinate payment of the filing fee and the court does not make calls to collect the fees.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 15, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2